476 A.2d 73

Commonwealth v. Klinger, Jr., Appellant.

Submitted January 20, 1984. John P. Lawler, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.